UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| ARTURO PONCE RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>                         Plaintiff,<br><br>                -v.-<br><br>CAPRI LAUNDROMAT ROOM LIMITED LIABILITY COMPANY (D/B/A CAPRI LAUNDRY ROOM) and ANGELO CAMPOS DE ARAUJO,<br><br>                        Defendants. | 22 Civ. 10528 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      On March 7, 2023, Defendant Angelo Campos de Araujo filed a Notice of Appearance *Pro Se*, representing that his mailing address is 343 East 66th Street, New York, New York 10065. *See* ECF No. 12. On March 23, 2023, the Court issued an Order, which the Clerk of Court mailed on March 24, 2023 to Defendant's 343 East 66th Street address. *See* ECF No. 14. On April 25, 2023, the Order was returned to the Court as undeliverable.

      A litigant has an "obligation to promptly inform the Court and the opposing party of an address change." *Am. Arb. Ass'n, Inc. v. Defonseca*, No. 93 Civ. 2424 (CSH), 1997 WL 102495, at *2 (S.D.N.Y. Mar. 6, 1997); *see Lesane v. N.Y.C. Dep't of Corr.*, No. 08 Civ. 4830 (PAC) (MHD), 2010 WL 4922513, at *2-3 (S.D.N.Y Nov. 23, 2010). The failure to comply with the Court's orders may result in sanctions, including the entry of a default judgment. *See, e.g.*, *MCI Worldcom, Inc. v. Levin*, 31 F. App'x 757, 757-58 (2d Cir. 2002) (affirming order issuing sanctions and entering default judgment against a *pro se* defendant). **Accordingly, the Court directs Defendant to update his address of record within 30 days of the date of this Order.**

      **Defendant also has the option of consenting to receive electronic service of documents at an email address.** To do so, Defendant should review the *Pro Se* Consent to Receive Documents Electronically instructions and then submit the Consent to Electronic Service form, which are appended to this Order.

      The Clerk of Court is directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: May 1, 2023
       New York, New York

                                                            _____
                                                            JENNIFER H. REARDEN
                                                            United States District Judge

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

**IMPORTANT NOTICE**

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

**PRO SE INTAKE WINDOW LOCATIONS:**
40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

**MAILING ADDRESS:**
500 PEARL STREET | NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136

rev. 3/5/21

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |

| | |
|---|---|
| Date | Signature |

**Click Here to Save**