UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTURO PONCE RODRIGUEZ, | |
| Plaintiff, | |
| -against- | |
| CAPRI LAUNDROMAT ROOM LLC, *et al.*, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/26

22-CV-10528 (JHR) (BCM)

**ORDER AUTHORIZING MOTION
FOR DEFAULT JUDGMENT**

**BARBARA MOSES, United States Magistrate Judge.**

The Court held a telephonic status conference this morning, at which only counsel for plaintiff appeared. The pro se individual defendant, Angelo Campos De Araujo, again failed to appear, despite written notice (emailed to him by plaintiff's counsel on February 23, 2026, *see* Dkt. 56) and courtesy telephone reminders from chambers.

Mr. Campos De Araujo filed a pro se answer on March 7, 2023 (Dkt. 13), and updated the Court as to his address on May 23, 2023. (Dkt. 16.) Since then, however, Mr. Campos De Araujo has done nothing to defend the case. Thus far in 2026, he has failed to attend two court conferences and – according to plaintiff – failed to serve his initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), which were due February 12, 2026. (*See* Dkt. 53 ¶ 2.) Consequently, it is hereby ORDERED that:

1.  Mr. Campos De Araujo's deadline to serve his Rule 26(a)(1) initial disclosures is hereby EXTENDED to **March 13, 2026**.

2.  If, by that date, Mr. Campos De Araujo has not served those disclosures or otherwise provided tangible evidence that he can and will comply with his litigation obligations in this action, plaintiff may request a certificate of default and file a motion for a default judgment against Mr. Campos De Araujo in

accordance with Fed. R. Civ. P. 55 and Local Civ. R. 55.1 and 55.2. Plaintiff must file his motion by **March 26, 2026**.

**Mr. Campos De Araujo is hereby warned that should he remain inactive, plaintiff will seek a certificate of default against him, followed by a default judgment. Should plaintiff obtain a default judgment, plaintiff will be in a position to enforce that judgment like any other final judgment. For example, plaintiff may be able to seize Mr. Campos De Araujo's assets and/or garnish his wages**. The Court urges Mr. Campos De Araujo to consult promptly with legal counsel. If he cannot afford counsel, he may request pro bono assistance from the City Bar Justice Center. A flyer explaining what the Justice Center does and how to contact it is attached to this Order.

Plaintiff must promptly serve a copy of this order on Mr. Campos De Araujo by email and file proof of such service on the docket.

Dated: New York, New York
       February 26, 2026              **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.